IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASHWAN AL-RAMER ABDULRAZZAQ (ISN 10026),<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Respondents. | No. 17-cv-1928 (EGS) |
| NASHWAN AL-TAMIR (ISN 10026),<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Respondents. | No. 25-cv-0015 (EGS) |

**JOINT STATUS REPORT**

The parties jointly submit the instant status report pursuant to the Court's September 5, 2025, Minute Order. The parties report that they have reached agreement as to one additional matter: in addition to the two categories of records on which the parties previously agreed—(1) medical records that Petitioner has requested as well as (2) documents reflecting factual inputs that informed Respondents' judgments regarding Petitioner's humane treatment in Iraq, insofar as those materials are not privileged or subject to special access programs—the Government also will produce the notification that was sent to Congress concerning Petitioner's transfer, although any privileged attachments to that notification will not be included in that production.

The parties have not been able to reach an agreement concerning Petitioner's request for

1

production of a privilege log in this matter, or Petitioner's other discovery requests. Without waiving Petitioner's right to file a motion to compel at some point in the future, the parties agree to complete the production of documents as to which there is an agreement before pursuing further litigation.

The Government's efforts to search for and prepare for production the agreed upon materials remain ongoing, and the Government continues to anticipate that monthly rolling productions can begin by October 15, 2025. Completion is anticipated by January 15, 2025.[1]

The parties respectfully propose that they next submit a joint status report by March 13, 2026, following completion of the Government's production, to propose next steps for this litigation.

Dated: September 29, 2025               Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        ALEXANDER K. HAAS
                                        Director


                                        /s/ *Julia A. Heiman*
                                        JULIA A. HEIMAN (D.C. Bar No. 986228)
                                        BENJAMIN S. KURLAND (D.C. Bar No. 1617521)
                                        Attorneys
                                        United States Department of Justice
                                        Civil Division
                                        Federal Programs Branch
                                        1100 L Street, NW,
                                        Washington, D.C. 20530
                                        Tel: 202-616-8480
                                        Email: julia.heiman@usdoj.gov

---

[1] As before, the Government notes that the search for responsive material remains ongoing, and the completion date for its production may therefore also change if additional responsive materials are identified for processing.

*Counsel for Respondents*

SCOTT KEITH WILSON (Utah Bar #7347)
Federal Public Defender
*/s/ Benjamin C. McMurray*
BENJAMIN C. McMURRAY (Utah Bar #9926)
benji_mcmurray@fd.org
Office of the Federal Public Defender
District of Utah
46 W. Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: 801-524-4010

*Counsel for Petitioner*