IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASHWAN AL-RAMER ABDULRAZZAQ (ISN 10026),<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>Respondents. | Case No. 1:17-cv-1928 EGS |
| NASHWAN AL-TAMIR (ISN 10026),<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, *et al*.<br><br>Respondents. | Case No. 1:25-cv-15 EGS |

NOTICE OF FILING MEMORANDUM OF UNDERSTANDING

Petitioner hereby gives notice that undersigned counsel has executed the attached Memoranda of Understanding in connection with this case.

DATED: January 9, 2026

Respectfully submitted,

SCOTT KEITH WILSON (Utah Bar #7347)

Federal Public Defender

*/s/ Benjamin C. McMurray*
BENJAMIN C. McMURRAY (Utah Bar #9926)
Office of the Federal Public Defender
District of Utah
46 W. Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: 801-524-4010
benji_mcmurray@fd.org
*Counsel for Petitioner*

1

## CERTIFICATE OF SERVICE

      I certify that on January 9, 2025, I served the foregoing *Notice* via email on the following individuals:

| | |
|---|---|
| Julia Heiman<br>Julia.heiman@usdoj.gov | Andrew Warden<br>Andrew.warden@usdoj.gov |

                                              /s/ Liza Miller
                                              LIZA MILLER
                                              *Paralegal to Benjamin C. McMurray*